**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016


Attorney for Defendant,
JOSE MAGDELANO LECHUGA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-00334-AWI |
| | CASE NO. 1:08-cr-00145-AWI |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE MOTION HEARING |
| JOSE MAGDELANO LECHUGA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, JOSE MAGDELANO LECHUGA, the motion hearing currently set for April 19, 2010 at 9:00 a.m. shall be continued to May 17, 2010 at 9:00 a.m.  Motions will be filed by April 13, 2010 with responses due by

///
///
///
///
///
///
///

STIPULATION TO CONTINUE
MOTION HEARING                              1

1   May 4, 2010.  The proposed stipulation is to accommodate counsel's litigation schedules.

2   This stipulation to be continued is being filed in Case #1:09-cr-00334-AWI and

3   1:08-cr-00145-AWI to coordinate case management.

4   Dated: April 13, 2010                    By: /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
5                                                 Attorney for Defendant
                                                  JOSE MAGDELANO LECHUGA

7   Dated: April 13, 2010                    By: /s/ Roger K. Litman
                                                  ROGER K. LITMAN
8                                                 Attorney for Defendant
                                                  JOSE MAGDELANO LECHUGA

10  Dated: April 13, 2010                    By: /s/ Karen Escobar
                                                  KAREN ESCOBAR
11                                                Assistant United States Attorney
                                                  Attorney for Plaintiff

STIPULATION TO CONTINUE
MOTION HEARING                                2

***ORDER***

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Motion Hearing scheduled for April 19, 2010 at 9:00 a.m. shall be continued to May 17, 2010 at 9:00 a.m. Motions will be filed on April 13, 2010 with responses due by May 4, 2010.

IT IS SO ORDERED.

**Dated:   April 14, 2010**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE