BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0145, 1:09-cr-0334 |
| ) | AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| JOSE MAGDELANO LECHUGA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

　　　　Defendant JOSE MAGDELANO LECHUGA, by and through his attorneys, ROGER LITMAN and CAROL MOSES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

　　　　1.  The parties to the above-captioned matter agree to vacate the July 6, 2010, hearing in this matter and reset it for July 26, 2010, at 9:00 a.m.[1]

　　　　2.  The parties stipulate that the continuance is

---

[1] Mr. Litman's office consented to this request in the absence of Mr. Litman, who is currently out of the country.

1

necessitated by the government's need to have non-elective surgery on July 6, a surgery scheduled on June 21 following a medical examination that day.

3.  The parties further stipulate that time should be excluded in the interest of justice.

DATED: June 22, 2010                      Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney


                                          /s/ Roger Litman
                                          ROGER LITMAN
                                          Attorney for Defendant
                                          JOSE MAGDELANO LECHUGA

                                          /s/ Carol Moses
                                          CAROL MOSES
                                          Attorney for Defendant
                                          JOSE MAGDELANO LECHUGA

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of July 6 is hereby vacated in this matter and is reset for July 26, 2010, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the government continuity of counsel and would deny the defendants an opportunity to further investigate and properly negotiate.

///

2

```
 1        WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in
 2   the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).
 3
 4   IT IS SO ORDERED.
 5
     Dated:      June 23, 2010                    /s/ signature
 6                                        CHIEF UNITED STATES DISTRICT JUDGE
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                          3
```