ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSE MAGDELANO LECHUGA,<br><br>   Defendant.<br>_____ | CASE NOS. 1:08-cr-00145-AWI<br>         1:09-cr-00334-AWI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference for Jose Lechuga, presently calendared for September 27, 2010, be continued to November 8, 2010.

This continuance is necessitated to afford the parties additional time to attempt to resolve an outstanding discovery issue and to attempt to finalize a negotiated settlement of the instant action.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice, pursuant to 18 U.S.C. §§3161(h)(8)(A).

DATED:  September 23, 2010         /s/Karen Escobar
                                   KAREN ESCOBAR
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Escobar via email on September 23, 2010**


DATED:  September 23, 2010         /s/Carol Moses
                                   CAROL MOSES
                                   Attorney for Defendant
                                   JOSE LECHUGA

1

DATED: September 23, 2010        /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 JOSE MAGDELANO LECHUGA


IT IS SO ORDERED.

Dated:   September 23, 2010                    _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

2