1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant,
   JOSE MAGDELANO LECHUGA
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    CASE NO. 1:09-cr-00334-AWI
                                       )    CASE NO. 1:08-cr-00145-AWI
12              Plaintiff,             )
                                       )
13  vs.                                )    STIPULATION TO RE-SET TIME OF
                                       )    STATUS CONFERENCE / MOTION
14  JOSE MAGDELANO LECHUGA,            )    HEARING
                                       )
15              Defendant.             )
                                       )
16  _____)

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and

19  CAROL ANN MOSES and ROGER LITMAN, Attorneys of Record for Defendant, JOSE

20  MAGDELANO LECHUGA, the Status Conference / Motion Hearing currently set for November

21  15, 2010 at 9:00 a.m. shall be held on November 15, 2010 at 1:30 p.m.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   This stipulation is being filed in Case #1:09-cr-00334-AWI and 1:08-cr-00145-AWI to

2   coordinate case management.

3   Dated: October 25, 2010                    By: /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
4                                                  Attorney for Defendant
                                                   JOSE MAGDELANO LECHUGA
5

6   Dated: October 25, 2010                    By: /s/ Roger K. Litman
                                                   ROGER K. LITMAN
7                                                  Attorney for Defendant
                                                   JOSE MAGDELANO LECHUGA
8

9   Dated: October 25, 2010                    By: /s/ Karen Escobar
                                                   KAREN ESCOBAR
10                                                 Assistant United States Attorney
                                                   Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

***ORDER***

2

3

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

4

1.      The Status Conference / Motion Hearing scheduled for November 15, 2010 at

5

9:00 a.m. shall be held on November 15, 2010 at 1:30 p.m.

6

7

IT IS SO ORDERED.

8

Dated:    November 2, 2010

9

_____

CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28