1   **CAROL ANN MOSES #164193**
Attorney at Law
2   545 East Alluvial, Ste. 112
Fresno, California 93720
3   Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5   Attorney for Defendant,
JOSE MAGDELANO LECHUGA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    CASE NO. 1:09-cr-00334-AWI
                                       )    CASE NO. 1:08-cr-00145-AWI
12              Plaintiff,             )
                                       )
13  vs.                                )    STIPULATION TO CONTINUE
                                       )    STATUS CONFERENCE TO
14  JOSE MAGDELANO LECHUGA,            )    MAY 31, 2011
                                       )
15              Defendant.             )
                                       )
16  _____  )

17          IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and

19  CAROL ANN MOSES, Attorney of Record for Defendant, JOSE MAGDELANO LECHUGA,

20  the status conference currently set for May 9, 2011 at 9:00 a.m. shall be continued to May 31,

21  2011 at 9:00 a.m.  Defense counsel is recovering from shoulder surgery and is unable to drive.

22  Dated: May 2, 2011                    By: /s/ Carol Ann Moses_____
                                          CAROL ANN MOSES
23                                        Attorney for Defendant
                                          JOSE MAGDELANO LECHUGA
24

25  Dated: May 2, 2011                    By: /s/ Karen A. Escobar_____
                                          KAREN A. ESCOBAR
26                                        Assistant United States Attorney
                                          Attorney for Plaintiff
27  //

28  //

1    ***ORDER***

2

3        The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

4        1.    The status conference scheduled for May 9, 2011 at 9:00 a.m. shall be continued
              to May 31, 2011 at 9:00 a.m.
5
6        2.    Time is excluded through and including May 31, 2011 pursuant to 18 U.S.C.
              §3161(h)(7)(A) and §3161(h)(7)(B)(iv) to allow counsel reasonable time
              necessary for effective preparation in light of counsel's temporary physical
7             disability and for continuity of counsel.

8

9
     IT IS SO ORDERED.
10

11   Dated:    May 4, 2011                          _____

12                                                  CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28