**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016


Attorney for Defendant,
JOSE MAGDELANO LECHUGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00334-AWI |
| ) | CASE NO. 1:08-cr-00145-AWI |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| JOSE MAGDELANO LECHUGA, ) | ORDER |
| ) | |
| Defendant. ) | Date: July 25, 2011 |
| ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, JOSE MAGDELANO LECHUGA, the status conference currently set for May 31, 2011 at 9:00 a.m. shall be continued to July 25, 2011 at 9:00 a.m.

Defense counsel has submitted a detailed FOIA request pertaining to the forfeiture of Mr. Lechuga's vehicle.  It is anticipated that it will take weeks before these documents are received.  Once they are received, they must be reviewed with Mr. Lechuga.  These documents are extremely important to Mr. Lechuga and Counsel anticipates that they may lead to a resolution of this case.  Assistant United States Attorney Karen Escobar has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

1

for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated:  May 26, 2011         /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant
                                 JOSE MAGDELANO LECHUGA


                                 BENJAMIN B. WAGNER
                                 United States Attorney


DATED: May 26, 2011          /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(A) and (B).

IT IS SO ORDERED.

Dated:   May 26, 2011                                    _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE