BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09CR334 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S MOTION |
| ) | TO DISMISS INDICTMENT |
| ) | |
| JOSE MAGDELANO LECHUGA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby moves in the interest of justice to dismiss the above-captioned indictment filed in this case pursuant to the plea agreement filed herein and in Case Number 1:08CR145 AWI.

DATED: October 11, 2011                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

<u>O R D E R</u>

Having read and considered the foregoing, the Court grants the government's motion to dismiss the indictment in this matter.

IT IS SO ORDERED.

Dated:     October 11, 2011          /s/ signature
                              CHIEF UNITED STATES DISTRICT JUDGE

2